William A. FISHER, Plaintiff–
Appellant,

v.

L. WHITE, Guard; Berlin, Guard;
Hollowood, Guard; Carty, Guard,
Defendants–Appellees,

and

Mr. Angalo, Surgeon, Defendant.

No. 01–7421.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 8, 2001.

Decided Nov. 19, 2001.

William A. Fisher, pro se. Alexander Leonard Taylor, Jr., Office of the Attorney General of Virginia, Richmond, VA, for appellees.

Before WILKINS, MICHAEL, and KING, Circuit Judges.

PER CURIAM.

William A. Fisher appeals a district court order dismissing his civil rights action without prejudice. We dismiss the appeal as duplicative because this court disposed of a prior appeal from the same order. *See Fisher v. White,* No. 00–6189, 2000 WL 799389 (4th Cir. June 22, 2000). We deny Fisher's motions for appointment of counsel and for a hernia operation. We dispense with oral argument because the facts and legal contentions are adequately set forth in the briefs and argument would not aid the decisional process.

*DISMISSED.*